IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLO-TECH MECHANICAL SYSTEMS, INC., individually and as the representatives of a class of similarly situated persons and entities, | Case No. 1:19-cv-07765 |
| Plaintiff, | Honorable Judge John Z. Lee |
| v. | |
| NATIONAL FUNDING, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES, FLO-TECH MECHANICAL SYSTEMS, INC. ("Plaintiff"), through the undersigned counsel, and in support if its Notice of Voluntary Dismissal Without Prejudice, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that this action is voluntarily dismissed without prejudice against the Defendant, NATIONAL FUNDING, INC., with both parties to bear their own attorney's fees and costs. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: January 20, 2020

Respectfully submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis, Esq.
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Ste. 200
Lombard, Illinois 60148
Telephone: 630-575-8181
jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*

1