**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FLO-TECH MECHANICAL SYSTEMS, INC., individually and as the representatives of a class of similarly situated persons and entities,<br><br>    Plaintiff,<br>v.<br><br>NATIONAL FUNDING, INC.,<br><br>    Defendant. | Case No. 1:19-cv-07765<br><br>Honorable Judge John Z. Lee |

## **AMENDED NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES, FLO-TECH MECHANICAL SYSTEMS, INC. ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and in support if its Notice of Voluntary Dismissal, states as follows:

Plaintiff, individually and on behalf of a class of similarly situated individuals, filed a putative class action suit versus Defendant, NATIONAL FUNDING, INC. ("NFI") pursuant to the Telephone Consumer Protection Act of 1991, 47 USC §227, *et seq.* as a result of receiving an advertising facsimile without Plaintiff's express permission and in the absence of an established business relationship. NFI has been served with summons and the Complaint.

NFI has provided information supporting that another *currently unknown* entity sent the subject facsimile using NFI's letterhead and intellectual property rights (purportedly) without NFI's permission. As of today's date, NFI has neither answered or moved for summary judgment.

Plaintiff in the process of investigating the identity of the entity that sent the subject facsimile and will refile this Complaint if and when the identity of the entity that sent the facsimile is located and confirmed as a viable defendant.

WHEREFORE, Plaintiff hereby gives notice that this action is voluntarily dismissed without prejudice against Defendant National Funding, Inc. with both parties to bear their own attorney's fees and costs.

Dated: January 20, 2020                                         Respectfully submitted,

                                                                                        */s/ James C. Vlahakis*
                                                                                        James C. Vlahakis, Esq.
                                                                                        **SULAIMAN LAW GROUP, LTD.**
                                                                                        2500 South Highland Avenue, Ste. 200
                                                                                        Lombard, Illinois 60148
                                                                                        Telephone: 630-575-8181
                                                                                        jvlahakis@sulaimanlaw.com
                                                                                        *Counsel for Plaintiff*